JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·22·13

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE TAYLOR III, ) | Case No. CV 12-3550-BRO (JPR) |
| Petitioner, ) | |
| vs. ) | **J U D G M E N T** |
| W.J. SULLIVAN, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 21, 2013

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE

